No. 84–805.   O'NEILL, TRUSTEE IN BANKRUPTCY OF QUANTA RESOURCES CORP., DEBTOR *v.* CITY OF NEW YORK ET AL.; and O'NEILL, TRUSTEE IN BANKRUPTCY OF QUANTA RESOURCES CORP., DEBTOR *v.* NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, 474 U. S. 494;

No. 85–529.   HOU HAWAIIANS *v.* HAWAII ET AL., 474 U. S. 1055;

No. 85–604.   SCARNATI *v.* UNITED STATES, 474 U. S. 1056;

No. 85–826.   GOLIN *v.* BROOKHAVEN NATIONAL LABORATORY, 474 U. S. 1059;

No. 85–896.   JOHNSON *v.* LINDEN SHORE DISTRICT, 474 U. S. 1102;

No. 85–945.   OGLALA SIOUX TRIBE OF THE PINE RIDGE INDIAN RESERVATION *v.* SOUTH DAKOTA ET AL., 474 U. S. 1102;

No. 85–952.   GRASON ELECTRIC CO. ET AL. *v.* SACRAMENTO MUNICIPAL UTILITY DISTRICT, 474 U. S. 1103;

No. 85–5786.   DAVIS *v.* FIRST STATE BANK, 474 U. S. 1098;

No. 85–5866.   IN RE GRIFFIN, 474 U. S. 1100;

No. 85–5875.   IN RE MAY, 474 U. S. 1100;

No. 85–5878.   IN RE MAY, 474 U. S. 1100;

No. 85–5896.   RUBIN *v.* BOARD OF GOVERNORS OF STATE COLLEGES AND UNIVERSITIES (WESTERN ILLINOIS UNIVERSITY), 474 U. S. 1104;

No. 85–5959.   WHAM *v.* UNITED STATES ET AL., 474 U. S. 1105; and

No. 85–5963.   CALVER *v.* OWNERS OF RIDGECREST MOBILE HOME PARK ET AL., 474 U. S. 1105.   Petitions for rehearing denied.

No. 84–1070.   WITTERS *v.* WASHINGTON DEPARTMENT OF SERVICES FOR THE BLIND, 474 U. S. 481.   Petition for rehearing or modification of opinion denied.

No. 84–1076.   TRANSCONTINENTAL GAS PIPE LINE CORP. *v.* STATE OIL AND GAS BOARD OF MISSISSIPPI ET AL., 474 U. S. 409. Motion of Louisiana for leave to file a brief as *amicus curiae* in support of petitions for rehearing denied.   Petitions of State Oil and Gas Board of Mississippi, Coastal Exploration, Inc., and Getty Oil Co. for rehearing denied.

No. 85–137.   LAVADO *v.* UNITED STATES, 474 U. S. 1054.   Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.   Petition for rehearing denied.